684 A.2d 122

COMMONWEALTH of Pennsylvania, Appellee,

v.

Anthony MOORE, Appellant.

Supreme Court of Pennsylvania.

Nov. 13, 1996.

Jeannette Dickerson, Hatboro, for Anthony Moore.

Mary Killinger, Maria L. Durante, Norristown, for Com.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO and NEWMAN, JJ.

## ORDER

PER CURIAM.

The appeal is dismissed as having been improvidently granted.

CAPPY and NIGRO, JJ., dissent and would address the merits.